# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2020

160406

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ALAN DRAKE,
      Plaintiff-Appellant,

v

CITY OF OAK PARK,
      Defendant-Appellee.
_____/

SC: 160406
COA: 340975
Oakland CC: 2017-158907-NO

On order of the Court, the application for leave to appeal the September 10, 2019 judgment of the Court of Appeals is considered, and it appearing to this Court that the case of *Buhl v City of Oak Park* (Docket No. 160355) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

CAVANAGH, J., did not participate because of her prior involvement as counsel for a party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

s0518